United States Courts
Southern District of Texas
FILED

MAY 30 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. H-14-245-S |
| | § | |
| JOSE LEONEL BONILLA-ROMERO, | § | |
| aka Jose Tupapa, | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

(Aiding and Abetting Murder Within the Special Maritime and Territorial Jurisdiction of the United States)

On or about the 22nd day of September, 2013, in Southern District of Texas, in Sam Houston National Forest, a place within the special maritime and territorial jurisdiction of the United States, the Defendant,

**JOSE LEONEL BONILLA-ROMERO,**
**aka Jose Tupapa,**

aiding, abetting, and assisting others known and unknown to grand jury, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Josael Guevara, by striking Josael Guevara with a bat and by striking Josael Guevara with a machete.

In violation of Title 18, United States Code, Sections 1111 and 2.

A TRUE BILL:

Original Signature on File

_____
FOREMAN OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
MARK E. DONNELLY
Deputy Chief Assistant United States Attorney